# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          Case No. 11-20551-14

WALEED YAGHMOUR,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION TO AMEND BOND CONDITIONS

Defendant Waleed Yaghmour moves to amend his bond conditions. On June 18, 2013, the court held a hearing on the motion. For the reasons stated on the record during the hearing,

IT IS ORDERED that Defendant's motion to amend bond conditions [Dkt. # 526] is DENIED.

                                      s/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: June 19, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 19, 2013, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                      Case Manager and Deputy Clerk
                                      (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\11-20551.YAGHMOUR.Deny.Amend.Bond.Conditions.wpd