UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                       Case No. 11-20551
                                          HON. ROBERT H. CLELAND

vs.

D-14   WALEED YAGHMOUR,

       Defendant.
_____/

STATEMENT REGARDING HEARING ON MOTION

In light of this Honorable Court's Order requiring hearing statements in future motions (Docket No. 572), dated July 12, 2013, counsel requests that this Honorable Court allow him the ability to have a brief hearing on the issue presented in his Second Motion and Memorandum to Amend Conditions of Release on Bond (Docket No. 565), filed on July 8, 2013.

While it is believed that a ruling on the issue should be made, it is conceded that an actual hearing with oral argument in this particular request is neither specifically mentioned nor mandated by 18 USC §1842.

                                                Respectfully submitted,

                                                O'REILLY RANCILIO P.C.

                                                /S/ James C. Thomas
                                               James C. Thomas P23801
                                               Attorney for Defendant
                                               2500 Buhl Building
                                               535 Griswold Street
                                               Detroit, MI 48226
                                               313-963-2420
                                               jthoms@orlaw.com

DATED:  July 23, 2013

CERTIFICATE OF SERVICE

    I hereby certify that on July 23, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

        /S/ James C. Thomas
        James C. Thomas