**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       Case No. 11-20551-14

WALEED YAGHMOUR,

    Defendant.
                                                          /

**ORDER DENYING DEFENDANT'S MOTION TO AMEND BOND CONDITIONS**

    Defendant Waleed Yaghmour again moves to amend and relax his bond conditions to allow him, among other things, to more freely travel and to attend group religious services. [Dkt # 565]. The government opposes the motion. No hearing on is requested by either party.

    On June 18, 2013, the court held a hearing on Defendant's earlier motion to relax travel restrictions, and on the record carefully considered Defendant's arguments, but rejected them. In support of the present motion, there are no additional reasons offered other than the asserted urgency and seasonal nature of the group religious services Defendant seeks to attend. Defendant does not explain, or even assert, that the existing travel restrictions prohibit him from observing religious obligations, but only that he would not be in a group setting in a location distant from his home. The court is not persuaded. For the reasons stated on the record during the June 18 hearing,

IT IS ORDERED that Defendant's motion to amend bond conditions [Dkt. # 565] is DENIED.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: August 1, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 1, 2013, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522