**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Case No. 11-20551-14

WALEED YAGHMOUR,

    Defendant.
                                               /

**ORDER GRANTING "GOVERNMENT'S MOTION FOR DISCLOSURE OF TAX RETURNS AND TAXPAYER RETURN INFORMATION"**

On May 31, 2013, the Government moved for disclosure of tax return and taxpayer return information pursuant to 26 U.S.C. § 6103(i)(4)(A). Under that statute, in a judicial proceeding where the United States is a party, a tax return or taxpayer return information may be disclosed "pertaining to enforcement of a specifically designated Federal criminal statute . . . if the court finds that such return or taxpayer return information is probative of a matter in issue relevant in establishing the commission of a crime or the guilt or liability of a party." Defendant is charged with conspiracy to distribute controlled substances in violation of 21 U.S.C. §§ 841, 846 and money laundering in violation of 18 U.S.C. § 1957. The Government contends that Defendant's tax return and taxpayer return information may be relevant to these charges. Having reviewed the motion and Defendant's response, the court agrees. Accordingly,

IT IS ORDERED that the "Government's Motion for Disclosure of Tax Returns and Taxpayer Return Information" [Dkt. # 535] is GRANTED.

IT IS FURTHER ORDERED that the Government is PERMITTED to disclose to

the court and to Defendant the tax returns and taxpayer return information of Waleed Yaghmour for the years 2003 to 2011 and of Sav-Mart Pharmacy LLC for the years 2004 to 2011. The disclosed tax returns and taxpayer return information may be used in discovery, during pre-trial proceedings, and as evidence at trial.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: February 14, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 14, 2014, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522