UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                          Criminal Case No. 11-CR-20551-14
                                            Civil Case No.      15-CV-14207

WALEED YAGHMOUR,

        Defendant.

_____/

## NOTICE AND ORDER FOR RESPONSE

The Defendant has filed a "Motion to Vacate Sentence under 28:USC:2255" on on December 1, 2015.

IT IS HEREBY ORDERED that the Government is to file a response and brief to the "Motions to Vacate, ..." by **January 22, 2016**. The reply, if any, is to be filed by **February 22, 2016.**

                                                          S/Robert H. Cleland
                                                          ROBERT H. CLELAND
                                                          UNITED STATES DISTRICT JUDGE

Dated: December 8, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel and pro se parties of record on this date, December 8, 2015, by electronic and/or ordinary mail.

                                                          S/Lisa Wagner
                                                          Case Manager and Deputy Clerk
                                                          (313) 234-5522